

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00106-CR

| | | |
|---|---|---|
| John Anthony Miller | § | From County Criminal Court No. 3 |
| | § | of Tarrant County (1428624) |
| v. | § | April 12, 2018 |
| | § | Opinion by Justice Kerr |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr